Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−70210−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Christopher Leigh Dunn
   aka Christopher L. Dunn, aka Christopher Dunn
   210 Luther Road
   Johnstown, PA 15904

Social Security No.:
   xxx−xx−3300

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Matthew Gross<br>Law Offices of Matthew Gross, P.C.<br>608 Laramie Place<br>Philadelphia, PA 19115<br>Telephone number: 215−313−0262 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 18, 2025<br>03:00 PM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>August 18, 2025<br>03:00 PM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/23/25

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-70210-JAD

Christopher Leigh Dunn     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3

Date Rcvd: Jul 23, 2025     Form ID: rsc13     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Leigh Dunn, 210 Luther Road, Johnstown, PA 15904-2749 |
| 16538871 | + | Breezeline, 3 Batterymarch Park, Suite 200, Quincy, MA 02169-7571 |
| 16538873 | + | Cambria Rentals, Inc. d/b/a Aaron's, 1513 Scalp Ave Ste 520, Johnstown, PA 15904-3332 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2025 00:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 00:59:44 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16551967 | | Email/Text: bnc@atlasacq.com | Jul 24 2025 00:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16538872 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 24 2025 00:32:00 | Bridgecrest, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 16545178 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 00:43:57 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16546278 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Jul 24 2025 00:43:10 | Directv, LLC, by AIS InfoSource LP as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 16538874 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2025 00:32:00 | Jefferson Capital System, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16560090 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2025 00:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16538876 | ^ | MEBN | Jul 24 2025 00:20:03 | KML Law Group, P.C., 701 Market St #500019106, Philadelphia, PA 19106-1538 |
| 16538875 | ^ | MEBN | Jul 24 2025 00:20:17 | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 16538878 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 00:57:33 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 16538877 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 00:42:13 | LVNV Funding LLC, PO Box 10675, Greenville, |

Case 25-70210-JAD   Doc 39   Filed 07/25/25   Entered 07/26/25 00:31:21   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: rsc13 | Total Noticed: 23 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SC 29603-0675 |
| 16543966 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 00:43:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16538879 | | Email/Text: ml-ebn@missionlane.com | Jul 24 2025 00:31:00 | Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 16538880 | | Email/Text: bankruptcies@penncredit.com | Jul 24 2025 00:31:00 | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17110 |
| 16546569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2025 00:43:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16538882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2025 00:59:39 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 16560167 | + | Email/PDF: ebnotices@pnmac.com | Jul 24 2025 00:58:36 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16538881 | | Email/PDF: ebnotices@pnmac.com | Jul 24 2025 00:58:36 | Pennymac Loan Services, PC Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 16539529 | *+ | Breezeline, 3 Batterymarch Park, Suite 200, Quincy, MA 02169-7571 |
| 16539530 | *+ | Bridgecrest, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 16539531 | *+ | Cambria Rentals, Inc. d/b/a Aaron's, 1513 Scalp Ave Ste 520, Johnstown, PA 15904-3332 |
| 16539532 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital System, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16539534 | *+ | KML Law Group, P.C., 701 Market St #500019106, Philadelphia, PA 19106-1538 |
| 16539533 | *+ | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 16539536 | *+ | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 16539535 | *+ | LVNV Funding LLC, PO Box 10675, Greenville, SC 29603-0675 |
| 16539537 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 16539538 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17110 |
| 16539540 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 16539539 | * | Pennymac Loan Services, PC Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025          Signature:          /s/Gustava Winters

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: rsc13 | Total Noticed: 23 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Gross | on behalf of Debtor Christopher Leigh Dunn mattgrossesq@gmail.com mattgrossesq@gmail.com;bk@boweodorizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4