IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| CHRISTOPHER LEIGH DUNN | : | Bankruptcy No. 25-70210 |
| Debtor(s) | : | |
| CHRISTOPHER LEIGH DUNN | : | Chapter 13 |
| Movant(s) | : | |
| | : | Related to Document No. 40 |
| v. | : | |
| NO RESPONDENT | : | Hearing Date and Time |
| Respondent(s) | : | September 23, 2025 @ 10:00 a.m. |
| (If none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF (First Amended Chapter 13 Plan)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) August 16, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 08/16/2025

By: /s/Matthew Gross
Signature
Matthew Gross
Typed Name
608 Laramie Place, Philadelphia, PA 19115
Address
(215) 350-1518
Phone No.
317173 PA
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**