IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| CHRISTOPHER LEIGH DUNN | : | Bankruptcy No. 25-70210 |
| Debtor(s) | : | |
| CHRISTOPHER LEIGH DUNN | : | Chapter 13 |
| Movant(s) | : | |
| | : | Related to Document No. 40 |
| v. | : | |
| NO RESPONDENT | : | Hearing Date and Time |
| Respondent(s) | : | September 23, 2025 @ 10:00 a.m. |
| (If none, then "No Respondent") | : | |

**AMENDED CERTIFICATE OF SERVICE OF (First Amended Chapter 13 Plan)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) August 18, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 08/18/2025

By:  /s/Matthew Gross
Signature
Matthew Gross
Typed Name
608 Laramie Place, Philadelphia, PA 19115
Address
(215) 350-1518
Phone No.
317173 PA
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 25-70210-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Mon Aug 18 10:38:58 EDT 2025 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Breezeline<br>3 Batterymarch Park, Suite 200<br>Quincy, MA 02169-7571 |
| Bridgecrest<br>4020 E Indian School Rd<br>Phoenix, AZ 85018-5220 | Cambria Rentals, Inc. d/b/a Aaron's<br>1513 Scalp Ave Ste 520<br>Johnstown, PA 15904-3332 | Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Directv, LLC<br>by AIS InfoSource LP as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML Law Group, P.C.<br>701 Market St #500019106<br>Philadelphia, PA 19106-1538 |
| Kikoff Lending LLC<br>PO Box 40070<br>Reno, NV 89504-4070 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding LLC<br>PO Box 10675<br>Greenville, SC 29603-0675 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| Pennymac Loan Services<br>PC Box 514387<br>Los Angeles, CA 90051-4387 | Christopher Leigh Dunn<br>210 Luther Road<br>Johnstown, PA 15904-2749 | Matthew Gross<br>Law Offices of Matthew Gross, P.C.<br>608 Laramie Place<br>Philadelphia, PA 19115-1811 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
on behalf of UHG I LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Mission Lane Tab Bank
101 2nd St Ste 350
San Francisco, CA 94105

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Penn Credit Corporation
PO Box 69703
Harrisburg, PA 17110

(d)Portfolio Recovery Associates
120 Corporate Blvd Ste 1
Norfolk, VA 23502


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25