# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNYSLVANIA

IN RE:
CHRISTOPHER LEIGH DUNN                           CASE NO.   25-70210
    Debtor(s)                                       CHAPTER 13

_____

CHRISTOPHER LEIGH DUNN
    Movant
        v.
CARVANA, LLC a/k/a BRIDGECREST
C/O AIS PORTFOLIO SERVICES, LLC

### OBJECTION TO CLAIM NO. 5-1 OF CARVANA, LLC

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at **600 Grant Street, Pittsburgh, PA 15219** within 28 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

      Debtor, by and through the undersigned counsel, pursuant to 11 U.S.C. § 502(b)(1), hereby objects to the Proof of Claim No. 5-1 filed by Carvana, LLC ("Creditor"). In support thereof, Debtor states as follows:

    1.    The Debtor filed a voluntary bankruptcy petition on May 27, 2025.

    2.    The §341 Meeting was held on/or about August 18, 2025.

    3.    Creditor filed a purported Proof of Claim (Claim No. 6-1) (the "Claim") in the amount of $5,573.39 for an unsecured debt on June 13, 2025.

4. Debtor objects to the Claim 5-1 because the claim is for a deficiency on a 2018 Toyota Camry, VIN: 4T1B11HK1JU115908.

5. Debtor contends that said vehicle was totaled by an automobile accident and creditor Carvana received full payment of balance owed from his insurance and the GAP insurance coverage he had at the time of the accident.

6. Creditor, Carvana has been paid in full and therefore their claim for unsecured portion should be disallowed.

WHEREFORE, Debtor respectfully requests that the Court: (1) Sustain Debtor's Objection to the Claim No. 5-1 of Carvana; (2) disallow the Claim; and (3) grant any other such relief that the Court deems to be just and proper, including attorney's fees for bringing this objection.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before August 19, 2025 a true and correct copy of the foregoing was furnished via certified mail to:

ECFNotices@aisinfo.com

AIS Portfolio Services, LLC
4515 N Santa Fe Avenue
Dept APS
Oklahoma City, OK 73118

CONSUMER LAW ATTORNEYS

/s/Matthew Gross
Name: Matthew Gross
Attorney I.D.: 317173
Address: 608 Laramie Place
Philadelphia, PA 19115
Phone #: (215) 350-1518
E-Mail: mattgrossesq@gmail.com
Attorney for the Debtor