IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 25-70210 |
| CHRISTOPHER LEIGH DUNN | |
| Debtor(s) | CHAPTER NO. 13 |
| CHRISTOPHER LEIGH DUNN | |
| Movant | DOCKET NO. 45 |
| v. | |
| CARVANA, LLC a/k/a BRIDGECREST | |
| C/O AIS PORTFOLIO SERVICES, LLC. | |
| Respondent | |

NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
REGARDING OBJECTION OF CHRISTOPHER LEIGH DUNN]
FOR CLAIM 5-1 OF CARVANA BE DISALLOWED

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Objection by no later than September 22, 2025, (i.e., twenty-eight (28) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the Judge's calendar posted on the Court's web site at https://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on September 30, 2025, at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing parties must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing.  All parties participating remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date Of Service: 08/19/2025

CONSUMER LAW ATTORNEYS

/s/Matthew Gross
Name: Matthew Gross
Attorney I.D.: 317173
Address: 608 Laramie Place
Philadelphia, PA 19115
Phone #: (215) 350-1518
E-Mail: mattgrossesq@gmail.com
Attorney for the Debtor