## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | CHRISTOPHER LEIGH DUNN | : Bankruptcy No. 25-70210-JAD |
| | | : Chapter        13 |
| | Debtor | : |
| | | : |
| | | : Document No. |
| Movant | CHRISTOPHER LEIGH DUNN | : |
| | | : |
| | v. | : |
| | | : |
| | | : |
| Respondent (if none, then "No Respondent") | | : |
| | PENNYMAC LOAN SERVICES, LLC | |

### NOTICE OF CHANGE OF ADDRESS

PENNYMAC LOAN SERVICES, LLC

Undeliverable Address:

    Creditor Name:    PENNYMAC LOAN SERVICES, LLC

    Incorrect Address:


Corrected Address:    PO Box 2410, Moorpark, CA 93020

    Creditor Name:    PennyMac Loan Services, LLC

    Correct Address:    PO Box 2410, Moorpark, CA 93020


Dated    8/1/2012

        Electronic Signature of Debtor(s)' Attorney
        /s/Matthew Gross

        Typed Name
        Matthew Gross

        Address
        608 Larmaie Place
        Philadelphia, PA 19115

        Phone No.
        (215) 350-1518

        Bar I.D. and State of Admission
        317173 PA