IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| CHRISTOPHER LEIGH DUNN | : | Bankruptcy No. 25-70210 |
| Debtor(s) | : | |
| CHRISTOPHER LEIGH DUNN | : | Chapter 13 |
| Movant(s) | : | |
| | : | Related to Document No. 59 |
| v. | : | |
| NO RESPONDENT | : | Hearing Date and Time |
| Respondent(s) | : | October 9, 2025 @ 9:00 a.m. |
| (If none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF (Second Amended Chapter 13 Plan)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) August 26 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 08/26/2025

By: /s/Matthew Gross
Signature
Matthew Gross
Typed Name
608 Laramie Place, Philadelphia, PA 19115
Address
(215) 350-1518
Phone No.
317173 PA
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**

```
Label Matrix for local noticing          Bridgecrest Credit Company, LLC as Agent and    7
0315-7                                   4515 N Santa Fe Ave. Dept. APS                  U.S. Bankruptcy Court
Case 25-70210-JAD                        Oklahoma City, OK 73118-7901                    5414 U.S. Steel Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                         600 Grant Street
Johnstown                                                                                Pittsburgh, PA 15219-2703
Mon Aug 18 10:38:58 EDT 2025

American First Finance, LLC              (p)ATLAS ACQUISITIONS LCC                       Breezeline
c/o Becket and Lee LLP                   492C CEDAR LANE SUITE 442                       3 Batterymarch Park, Suite 200
PO Box 3002                              TEANECK NJ 07666-1713                           Quincy, MA 02169-7571
Malvern PA 19355-0702


Bridgecrest                              Cambria Rentals, Inc. d/b/a Aaron's             Carvana, LLC / Bridgecrest c/o AIS Portfolio
4020 E Indian School Rd                  1513 Scalp Ave Ste 520                          4515 N. Santa Fe Ave. Dept. APS
Phoenix, AZ 85018-5220                   Johnstown, PA 15904-3332                        Oklahoma City, OK 73118-7901


Directv, LLC                             (p)JEFFERSON CAPITAL SYSTEMS LLC                KML Law Group, P.C.
by AIS InfoSource LP as agent            PO BOX 7999                                     701 Market St #500019106
PO Box 5072                              SAINT CLOUD MN 56302-7999                       Philadelphia, PA 19106-1538
Carol Stream, IL  60197-5072


Kikoff Lending LLC                       LVNV Funding LLC                                LVNV Funding LLC
PO Box 40070                             PO Box 10497                                    PO Box 10675
Reno, NV 89504-4070                      Greenville, SC 29603-0497                       Greenville, SC 29603-0675


LVNV Funding, LLC                        (p)MISSION LANE LLC                             Office of the United States Trustee
Resurgent Capital Services               PO BOX 105286                                   1000 Liberty Avenue
PO Box 10587                             ATLANTA GA 30348-5286                           Suite 1316
Greenville, SC 29603-0587                                                                Pittsburgh, PA 15222-4013


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     (p)PENN CREDIT CORPORATION                      PennyMac Loan Services, LLC.
PO BOX 41067                             PO BOX 69703                                    P.O. Box 2410
NORFOLK VA 23541-1067                    HARRISBURG PA 17106-9703                        Moorpark, CA 93020-2410


Pennymac Loan Services                   Christopher Leigh Dunn                          Matthew Gross
PC Box 514387                            210 Luther Road                                 Law Offices of Matthew Gross, P.C.
Los Angeles, CA 90051-4387               Johnstown, PA 15904-2749                        608 Laramie Place
                                                                                         Philadelphia, PA 19115-1811


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Jefferson Capital System<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 |
| Mission Lane Tab Bank<br>101 2nd St Ste 350<br>San Francisco, CA 94105 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Penn Credit Corporation<br>PO Box 69703<br>Harrisburg, PA 17110 |
| (d)Portfolio Recovery Associates<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25