**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

| | |
|---|---|
| CHRISTOPHER LEIGH DUNN<br>    Debtor | CASE NO. 25-13165-JKS<br>CHAPTER 13 |

CHRISTOPHER LEIGH DUNN
       Movant

                    v.

PENNYMAC LOAN SERVICES, LLC, its
Successors and or assigns
         Respondent
and

Ronda J. Winnecour, Trustee
         Additional Respondent
_____/

**OPPOSITION RESPONSE TO**
**PENNYMAC LOAN SERVICES, LLC'S MOTION FOR RELIEF FROM STAY**

Undersigned counsel, on behalf of Debtors, **Christopher Leigh Dunn**, respectfully files this Opposition Response to Motion for Relief from Stay, and in support thereof, states as follows:

1. That on or about May 27, 2025, Debtors filed a Voluntary Petition for Relief under Chapter 13 of Title 11, United States Code (the "Petition").

2. That the §341 Meeting of Creditors was held and concluded on August 18, 2025 and the Deadline for Filing Claims was August 5, 2025.

3. That Schedule A of the Petition reflects the Debtors' ownership of 210 Luther Road, Johnstown, PA 15904 (the "Real Property").

4. The Real Property is legally identified and described as follows:

> **ALL that certain piece or parcel of land situate, lying and being in the Township of Richland, County of Cambria and State of Pennsylvania, bounded and described as follows:**
>
> **BEGINNING at a point on the southerly line of the highway leading from Elton Road to Scalp Level Pike at line of Lot No. 5 on the hereinafter mentioned plan; thence along line of Lot No. 5, South 9 degrees 55 minutes East, a distance of 160.00 feet to the line of other land of the Richland Cemetery Association;**

> **thence along said last mentioned land, South 80 degrees 5 minutes West, a distance of 160 feet to the highway aforesaid; thence along line of Lot No. 3, North 9 degrees 55 minutes West, a distance of 160 feet to the highway aforesaid; thence along said highway, North 80 degrees 5 minutes East, a distance of 70 feet to the place of beginning; being marked and known as Lot No. 4 on the Plan of Lots of Richland Cemetery Association, laid out by Fetterman Engineering Company, dated April 13, 1950, and recorded on June 30, 1950, in Cambria County Plat Book Volume 4, Page 94.**
>
> **UNDER AND SUBJECT to the following condition: That no building or other structure shall be erected with 43 feet of the highway aforesaid or within 5 feet of the side boundary lines of said lots.**

5.  The Real Property was subject to a secured claim arising from a Promissory Note executed on January 31, 2022, in favor of Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company.

6.  The Real Property is subject to a secured claim arising from a transfer of Promissory Note executed on July 25, 2023, in favor of PennyMac Loan Services, LLC (the "Secured Creditor or "PennyMac"").

7.  That on August 20, 2025 a Motion for Relief from Stay [D.E. #47] (the "Motion") was filed by PennyMac Loan Services, LLC on a negative notice deadline seeking for relief from the stay imposed by 11 U.S.C. Section §362 or for adequate protection.

8.  The basis of the Motion is that the Debtors are delinquent post-petition payments for June, 1, 2025 to August 1, 2025, plus late charges in the amount of $2,972.58.

9.  The Motion also stated Debtor was delinquent in payments to the Chapter 13 Trustee in the amount of $4,000.00 as of August 11, 2025.

10.  Debtor has paid $4,000.00 to the Chapter 13 Trustee and his August payment is pending with TFSbillpay.com. The September payment is due and owing on September 27, 2025.

11. Debtor filed an Amended Chapter 13 Plan on August 18, 2025 proposing to pay the post-petition mortgage arrears and the continuing mortgage payments inside the plan for the remainder of the case.

WHEREFORE, **Christopher Leigh Dunn** respectfully request an Order Denying PennyMac Loan Services, LLC's Motion for Relief; granting the Debtor relief as to the post-petition mortgage payments and continuing mortgage payments to be paid inside the plan granting such other and further relief as the Court deems just and proper.

Dated: September 11, 2025

                                                CONSUMER LAW ATTORNEYS

                                                //s/Matthew Gross
                                                Matthew Gross, Esq.
                                                608 Laramie Place
                                                Philadelphia, PA 19115
                                                (215) 350-1518
                                                Bar No: 317173
                                                Attorney for the Debtor