# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dunn, Christopher Leigh aka Christopher L. Dunn aka Christopher Dunn,<br>          Debtor. | NO. 25-70210 JAD<br><br>Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC,<br><br>          Movant,<br>VS.<br><br>Dunn, Christopher Leigh aka Christopher L. Dunn aka Christopher Dunn,<br><br>Ronda Winnecour, Chapter 13 Trustee,<br><br>          Respondents. | Related to Docs: 47<br><br>Doc. #72 |

## ORDER

Upon consideration of the Motion filed by PENNYMAC LOAN SERVICES, LLC it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for September 23, 2025 at 10:00 a.m. is hereby continued to **October 22, 2025 at 10:00 a.m. via ZOOM** with Judge Deller.

By the Court,

/s/ Jeffery A. Deller    sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
9/19/25 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 1 -

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-70210-JAD |
| Christopher Leigh Dunn | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher Leigh Dunn, 210 Luther Road, Johnstown, PA 15904-2749 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Gross | on behalf of Debtor Christopher Leigh Dunn pwillis@consumerlawattorneys.com mattgrossesq@gmail.com;bk@boweodorizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

TOTAL: 6