## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| **CHRISTOPHER LEIGH DUNN,** | ) Bankruptcy No. 25-70210-JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| | ) |
| **CHRISTOPHER LEIGH DUNN,** | ) Related to ECF 45 |
| | ) |
| Movant, | ) |
| | ) |
| -v- | ) |
| | ) |
| **CARVANA, LLC a/k/a BRIDGECREST,** | ) |
| c/o AIS Portfolio Services, LLC, | ) |
| | ) |
| Respondent. | ) |
| | X |

### ORDER OVERRULING OBJECTION TO CLAIM

AND NOW, this 30th day of September, 2025, upon consideration of the Debtor's Objection to Proof of Claim No. 5-1 filed by Carvana, LLC (the "Objection"), and following notice and hearing held on the Objection, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Debtor's counsel (Matthew Gross, Esquire) failed to appear at the scheduled hearing to prosecute the Objection.

2. A properly filed proof of claim constitutes prima facie evidence of the validity and amount of the claim. 11 U.S.C. § 502(a); Fed. R. Bankr. P. 3001(f). The Debtor bears the burden of producing evidence to rebut the prima facie

validity of the claim. See In re Allegheny Int'l, Inc., 954 F.2d 167, 173–74 (3d Cir. 1992).

3. Because the Debtor failed to appear or otherwise prosecute the Objection, the Debtor did not meet his burden of rebutting the prima facie validity of Proof of Claim No. 5-1.

4. Accordingly, the Objection is OVERRULED, and Proof of Claim No. 5-1 filed by Carvana, LLC shall be and hereby is ALLOWED as filed.

5. The Court notes with displeasure the failure of Debtor's counsel – Attorney Gross – to appear at the duly scheduled hearing on the Objection.

*[Order Continued on Following Page]*

6. Counsel is reminded of their professional obligations under the Pennsylvania Rules of Professional Conduct, including the duties of diligence, competence, and candor to the tribunal.

7. Continued failure by counsel to comply with applicable duties may result in the imposition of sanctions and/or referral to the Pennsylvania Disciplinary Board. See, e.g., Office of Disciplinary Counsel v. Allan G. Gallimore, No. 17 DB 2006, No. 1289 Disciplinary Docket No. 3 (Pa. Nov. 2007)(attorney suspended for 3 months resulting from neglect of one client matter); Office of Discplinary Counsel v. Dennis J. Spyra, No. 216 DB 2009, No. 1735 Disciplinary Docket No. 3 (Pa. Oct. 3, 2011)(attorney suspended for neglecting duties, including not attending hearings).

IT IS SO ORDERED this 30th day Of September, 2025.

_____sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

cc:  Matthew Gross, Esquire
     Eliza Garifullina, Esquire
     Chapter 13 Trustee
     Office of the United States Trustee
     Mr. Christopher Leigh Dunn

FILED
9/30/25 12:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-70210-JAD |
| Christopher Leigh Dunn | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Leigh Dunn, 210 Luther Road, Johnstown, PA 15904-2749 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Eliza Garifullina | |
| | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Matthew Fissel | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Gross | |
| | on behalf of Debtor Christopher Leigh Dunn pwillis@consumerlawattorneys.com mattgrossesq@gmail.com;bk@boweodorizzilaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Sep 30, 2025 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6