IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | CHRISTOPHER LEIGH DUNN | : | Bankruptcy No. 25-70210-JAD |
| | | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| Movant | CHRISTOPHER LEIGH DUNN | : | Document No. |
| | | : | |
| | v. | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | BRIDGECREST COMPANY, LLC | | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    BRIDGECREST COMPANY, LLC AS SERVICER FOR CARVANA, LLC

    Incorrect Address:

Corrected Address:    4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118

    Creditor Name:    Carvana, LLC/Bridgecrest c/o AIS Portfolio Services, LLC

    Correct Address:    4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118

Dated    10/15/2025

    Electronic Signature of Debtor(s)' Attorney
    /s/Matthew Gross

    Typed Name
    Matthew Gross

    Address
    653 Laramie Place
    Philadelphia, PA 19115

    Phone No.
    (215) 350-1518

    Bar I.D. and State of Admission
    317173 PA