**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**Christopher Leigh Dunn**

Case No. 25-70210-JAD

Chapter 13

**Debtor(s).**

Related to Doc. Nos. 6 & 55 and 81

_____

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

        ____ a motion to dismiss case or certificate of default requesting dismissal

        x    a plan modification sought by: The Trustee to correct a scrivener's error contained in the previously filed Order Confirming Plan at Doc 55. The previously submitted order contains an incorrect claim number for the claim of Pennymac Loan Services LLC.

        ____ a motion to lift stay as to creditor_____

        Other: _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    x Chapter 13 Plan date May 27, 2025
    ____ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[04/22]                                    -1-

Debtor(s) Plan payments shall be changed from $ _____ to
$ _____ per _____, effective _____; and/or the Plan term shall be changed from \_\_\_ months to \_\_\_ months.

In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

Debtor(s) shall file and serve _____ on or before _____.

If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

x   Other: <u>The claim of Pennymac Loan Services LLC (Claim #11) shall govern. The attorney's fees are no-look based on a retainer of $1,695.00, which includes a $500.00 cost allowance.  Remaining fees to be paid through plan are $2805.00</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __14th__ day of __October__, 202__5__

Dated: __10/14/2025__

_____sjk
Jeffery A. Deller, Judge
United States Bankruptcy Judge

Stipulated by:

/s/ Matthew Gross
Matthew Gross PA I.D. #317173
Attorney for Debtor
Law Offices of Matthew Gross PC
608 Laramie Place
Philadelphia, PA 19115
(215)313-0262
mattgrossesq@gmail.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Counsel to Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412)471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
10/14/25 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]　　　　　　　　　　　　　　　　-4-

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 25-70210-JAD
Christopher Leigh Dunn Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Oct 14, 2025      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Leigh Dunn, 210 Luther Road, Johnstown, PA 15904-2749 |
| 16538871 | + | Breezeline, 3 Batterymarch Park, Suite 200, Quincy, MA 02169-7571 |
| 16538873 | + | Cambria Rentals, Inc. d/b/a Aaron's, 1513 Scalp Ave Ste 520, Johnstown, PA 15904-3332 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 15 2025 03:59:37 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16551967 | | Email/Text: bnc@atlasacq.com | Oct 15 2025 03:46:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16562799 | | Email/PDF: bncnotices@becket-lee.com | Oct 15 2025 03:59:23 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 16538872 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 15 2025 03:47:00 | Bridgecrest, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 16545178 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 15 2025 03:59:25 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16546278 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Oct 15 2025 03:59:38 | Directv, LLC, by AIS InfoSource LP as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 16538874 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 03:47:00 | Jefferson Capital System, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16560090 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 03:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16538876 | ^ | MEBN | Oct 15 2025 03:41:42 | KML Law Group, P.C., 701 Market St #500019106, Philadelphia, PA 19106-1538 |
| 16538875 | ^ | MEBN | Oct 15 2025 03:42:10 | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 16538878 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 03:48:45 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 16538877 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 03:48:16 | LVNV Funding LLC, PO Box 10675, Greenville, SC 29603-0675 |
| 16543966 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 03:48:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16538879 | | Email/Text: ml-ebn@missionlane.com | Oct 15 2025 03:45:00 | Mission Lane Tab Bank, 101 2nd St Ste 350, San |

Case 25-70210-JAD   Doc 85   Filed 10/16/25   Entered 10/17/25 00:44:00   Desc Imaged
                        Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Francisco, CA 94105 |
| 16538880 | | Email/Text: bankruptcies@penncredit.com | Oct 15 2025 03:46:00 | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17110 |
| 16546569 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:59:37 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16538882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:59:37 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 16560167 | + | Email/PDF: ebnotices@pnmac.com | Oct 15 2025 03:59:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16538881 | | Email/PDF: ebnotices@pnmac.com | Oct 15 2025 03:59:27 | Pennymac Loan Services, PC Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bridgecrest Credit Company, LLC as Servicer for Ca |
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *+ | PENNYMAC LOAN SERVICES, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 16580464 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 16539529 | *+ | Breezeline, 3 Batterymarch Park, Suite 200, Quincy, MA 02169-7571 |
| 16539530 | *+ | Bridgecrest, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 16539531 | *+ | Cambria Rentals, Inc. d/b/a Aaron's, 1513 Scalp Ave Ste 520, Johnstown, PA 15904-3332 |
| 16539532 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital System, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16539534 | *+ | KML Law Group, P.C., 701 Market St #500019106, Philadelphia, PA 19106-1538 |
| 16539533 | *+ | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 16539536 | *+ | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 16539535 | *+ | LVNV Funding LLC, PO Box 10675, Greenville, SC 29603-0675 |
| 16539537 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane Tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 16539538 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17110 |
| 16539540 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 16539539 | * | Pennymac Loan Services, PC Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 16, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 22 |

below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Gross | on behalf of Debtor Christopher Leigh Dunn pwillis@consumerlawattorneys.com mattgrossesq@gmail.com;bk@boweodorizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6